

UNITED STATES DISTRICT OF FLORIDA
SOUTHERN DISTRICT
Palm Beach Division

DAVID L. PEARSALL,

       Plaintiff,

v.

PROUDFOOT CONSULTING CO,

       Defendant.
_____/

CASE NO. 02-80306-CIV-RYSKAMP

**MEDIATOR'S REPORT**

The parties appeared at mediation with their respective counsel on January 8, 2003.

At the conclusion of mediation the parties reached **a full agreement on all issues**.

       Respectfully Submitted,

       Leslie W. Langbein, Mediator
       20801 Biscayne Blvd, Suite 506
       Miami, FL 33180
       Tel : (305) 936-8844
       Fax: (305) 936-9840

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of this report was sent to: Cathleen Scott, Esq., LAW OFFICES OF CATHLEEN SCOTT, P.A., 319 Clematis Street, Suite 804, West Palm Beach, FL 33401 and to Patrick DeBlasio, Esq., JACKSON LEWIS, LLP, 200 s. Biscayne Blvd, Suite 2600, Miami, FL 33131-2374 on January 13, 2002.

By: _____
    Leslie W. Langbein, Esq.